IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

SAM WHITEMAN, on behalf of himself
and others similarly situated,

    *Plaintiff*,

v.

KFORCE INC.,

    *Defendant*.

Civil Action No. 8:22-cv-00056-VMC-CPT

## MOTION TO WITHDRAWAL APPEARANCE OF COUNSEL

Plaintiffs' counsel hereby files the instant Motion to Withdrawal Appearance of Counsel for attorneys Benjamin L. Davis, Kelly A. Burgy, Scott E. Nevin and the Law Office of Peter T. Nicholl. In support of this motion, Plaintiffs state as follows:

1. Kelly A. Burgy left the law firm of the Law Office of Peter T. Nicholl on July 8, 2022.

2. Benjamin L. Davis left the law firm of the Law Office of Peter T. Nicholl on September 2, 2022.

3. Scott E. Nevin, also of the Law Office of Peter T. Nicholl, also requests to withdraw his appearance.

4. Plaintiffs were notified on September 2, 2022 of the intent to

withdraw the appearances of Mr. Davis, Mr. Nevin and Ms. Burgy as well as the Law Office of Peter T. Nicholl fourteen days before this Motion was filed.

5. Following the withdrawal of Mr. Davis, Mr. Nevin, Ms. Burgy, and the Law Office of Peter T. Nicholl, Plaintiffs will continue to be represented by their counsel of record: Maureen A. Salas, Ben K. Schott, and Michael Tresnowski, all of Werman Salas P.C.

WHEREFORE the Plaintiffs respectfully request that the appearances of Scott E. Nevin, Benjamin L. Davis, Kelly A. Burgy and the Law Office of Peter T. Nicholl be withdrawn from this matter.

## LOCAL RULE 2.02 CERTIFICATION

Each affected Plaintiff/client was provided fourteen days' notice that Scott E. Nevin, Benjamin L. Davis, Kelly A. Burgy and the Law Office of Peter T. Nicholl would be filing this Motion to withdraw from this action.

Dated: September 22, 2022         Respectfully submitted,

/s/ _____
Scott E. Nevin
**The Law Offices of Peter T. Nicholl**
snevin@nicholllaw.com
Benjamin L. Davis, III
bdavis@nicholllaw.com
Kelly A. Burgy
kaburgy@nicholllaw.com
36 S. Charles Street, Suite 1700
Baltimore, Maryland 21201

Phone No.: (410) 244-7005
Fax No.: (410) 244-8454


Ben K. Schott
bschott@flsalaw.com
Maureen A. Salas
msalas@flsalaw.com
Michael Tresnowski
mtresnowski@flsalaw.com
**Werman Salas P.C.**
77 W. Washington Street, Suite 1402
Chicago, Illinois 60602
Phone No.: (312) 419-1008
Fax No.: (312) 419-1025


*Attorneys for Plaintiff and the Putative FLSA Collective Class*

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document was electronically filed and served on all parties of record via the Court's CM/ECF filing system on September 22, 2022.

/s/
**Scott E. Nevin**
